JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.A.L., | Case No. 8:26-cv-354-ODW (SK) |
| Petitioner, | |
| v. | JUDGMENT |
| JAIME RIOS, et al., | |
| Respondents. | |

Pursuant to the Order Granting Petition under 28 U.S.C. § 2241, IT IS ADJUDGED that the Petition is granted as set forth in that Order.

The Clerk is instructed to close this case.

DATED: May 1, 2026

OTIS D. WRIGHT, II
United States District Judge

1